UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| TARA BROOKS, | Civil No. 2:21-CV-00332-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the parties Stipulated Motion, it is hereby ORDERED that this matter be remanded for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). The Appeals Council will remand the case to an ALJ to conduct a de novo hearing. This Court should retain jurisdiction over the case. If the outcome of the de novo hearing is unfavorable to Plaintiff, she may seek judicial review by reinstating this case rather than by filing a new Complaint. If the outcome is favorable to Plaintiff, the parties will move this Court for entry of Judgment.

DATED this 29th day of June, 2021.

MARY ALICE THEILER
United States Magistrate Judge

Page 1   ORDER - [2:21-CV-00332-MAT]

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov